# CARDOZO

BENJAMIN N. CARDOZO SCHOOL OF LAW • YESHIVA UNIVERSITY

**Alexander A. Reinert**
*Associate Professor of Law*

(212) 790-0403
FAX (212) 790-0805
E-MAIL areinert@yu.edu

RECEIVED
MAY 16 2012
AT 8:30 ______ M
WILLIAM T. WALSH
CLERK

May 11, 2012

William T. Walsh
Clerk of Court
United States District Court for the
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020

Trenton, NJ 08608

12mc113

RE: Request for Exemption from PACER Fees
Individual Educational Institution Researcher

Dear Clerk of Court:

I am an Associate Professor of Law at the Benjamin N. Cardozo School of Law, where I conduct empirical research concerning civil litigation. I write pursuant to the enclosed Electronic Public Access Fee Schedule, seeking an exemption from PACER user fees in all divisions of your jurisdiction for one year, to further my scholarly research in areas related to pleading rules and the disposition of civil rights cases. Because my research often involves a thorough inspection of electronic case files, I have sought this exemption in all jurisdictions in which I intend to study case disposition. I certify that I will not use any material obtained through this exemption for any purpose other than my scholarly research.

My PACER Account Login as "ar2815." The following are some of the scholarly publications in which I have made extensive use of data I acquired through PACER:

*The Costs of Heightened Pleading*, 86 IND. L. J. 119 (2011)

*Measuring the Success of* Bivens *Litigation and Its Consequences for the Individual Liability Model*, 62 STAN. L. REV. 809 (2010) (reprinted in CIVIL RIGHTS LITIGATION AND ATTORNEY FEES ANNUAL HANDBOOK (Steven Saltzman & Barbara Wolvovitz eds., 2010))

Please contact me at your convenience should you have any questions or concerns.

Very truly yours,

Alexander A. Reinert
Associate Professor of Law

Enc.

(Eff. 4/1/2012)

**ELECTRONIC PUBLIC ACCESS FEE SCHEDULE**

*(Issued in accordance with 28 U.S.C. § 1913, 1914, 1926, 1930, 1932)*

As directed by Congress, the Judicial Conference has determined that the following fees are necessary to reimburse expenses incurred by the judiciary in providing electronic public access to court records. These fees shall apply to the United States unless otherwise stated. No fees under this schedule shall be charged to federal agencies or programs which are funded from judiciary appropriations, including, but not limited to, agencies, organizations, and individuals providing services authorized by the Criminal Justice Act, 18 U.S.C. § 3006A, and bankruptcy administrator programs. Furthermore, the fee increase from eight cents per page to ten cents per page has been suspended for local, state, and federal government entities until 4/1/2015.

I. For electronic access to court data via a federal judiciary Internet site: ten cents per page, with the total for any document, docket sheet, or case-specific report not to exceed the fee for thirty pages– provided however that transcripts of federal court proceedings shall not be subject to the thirty-page fee limit. For electronic access to an audio file of a court hearing via a federal judiciary Internet site: $2.40 per audio file. Attorneys of record and parties in a case (including *pro se* litigants) receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. No fee is owed under this provision until an account holder accrues charges of more than $15 in a quarterly billing cycle. Consistent with Judicial Conference policy, courts may, upon a showing of cause, exempt indigents, bankruptcy case trustees, individual researchers associated with educational institutions, courts, section 501(c)(3) not-for-profit organizations, court appointed pro bono attorneys, and pro bono ADR neutrals from payment of these fees. Courts must find that parties from the classes of persons or entities listed above seeking exemption have demonstrated that an exemption is necessary in order to avoid unreasonable burdens and to promote public access to information. For individual researchers, courts must also find that the defined research project is intended for academic research, and not for commercial purposes or internet redistribution. Any user granted an exemption agrees not to sell for profit the data obtained as a result. Any transfer of data obtained as the result of a fee exemption is prohibited unless expressly authorized by the court. Exemptions may be granted for a definite period of time and may be revoked at the discretion of the court granting the exemption.

II. For printing copies of any record or document accessed electronically at a public terminal in the courthouse: ten cents per page. This fee shall apply to services rendered on behalf of the United States if the record requested is remotely available through electronic access.

III. For every search of court records conducted by the PACER Service Center, $26 per name or item searched.

IV. For the PACER Service Center to reproduce on paper any record pertaining to a PACER account, if this information is remotely available through electronic access, 50 cents per page.

V. For a check paid to the PACER Service Center which is returned for lack of funds, $45.

Alexander A. Reinert

BENJAMIN N. CARDOZO SCHOOL OF LAW
YESHIVA UNIVERSITY • BROOKDALE CENTER
55 FIFTH AVENUE
NEW YORK, NY 10003-4391




William T. Walsh
Clerk of Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

08608150020