# CARDOZO LAW

BENJAMIN N. CARDOZO SCHOOL OF LAW • YESHIVA UNIVERSITY

**ALEXANDER A. REINERT**
Associate Professor of Law

212.790.0403
FAX 212.790.0805
E-MAIL areinert@yu.edu

August 15, 2013

Jerome B. Simandle, Chief Judge
United States District Judge for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets Room 1050
Camden, New Jersey 08101

RE:   Request for Exemption from PACER Fees
      Individual Educational Institution Researcher

Dear Chief Judge Simandle:

I am an Associate Professor of Law at the Benjamin N. Cardozo School of Law, where I conduct empirical research concerning civil litigation. I write pursuant to the Electronic Public Access Fee Schedule, seeking an exemption from PACER user fees in all divisions of the District of New Jersey for one year, to further my scholarly research in areas related to pleading rules and the disposition of civil rights cases. Because my research often involves a thorough inspection of electronic case files, I have sought this exemption in all jurisdictions in which I intend to study case disposition. I certify that I will not use any material obtained through this exemption for any purpose other than my scholarly research.

My PACER Account Login as "ar2815." The following are some of the scholarly publications in which I have made extensive use of data I acquired through PACER:

> *The Costs of Heightened Pleading*, 86 IND. L. J. 119 (2011)

> *Measuring the Success of* Bivens *Litigation and Its Consequences for the Individual Liability Model*, 62 STAN. L. REV. 809 (2010) (reprinted in CIVIL RIGHTS LITIGATION AND ATTORNEY FEES ANNUAL HANDBOOK (Steven Saltzman & Barbara Wolvovitz eds., 2010))

JACOB BURNS INSTITUTE FOR ADVANCED LEGAL STUDIES

BROOKDALE CENTER • 55 FIFTH AVENUE • ROOM 938 • NEW YORK, NY 10003-4391

Please contact me at your convenience should you have any questions or concerns.

Very truly yours,

Alexander A. Reinert
Associate Professor of Law